United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-2881NI

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | On Appeal from the United |
| | * | States District Court |
| v. | * | for the Northern District |
| | * | of Iowa. |
| | * | |
| Shaun Thomas, | * | [Not To Be Published.] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 13, 1998

Filed: April 23, 1998

_____

Before RICHARD S. ARNOLD,[1] Chief Judge, LAY and LOKEN, Circuit Judges.

_____

RICHARD S. ARNOLD, Chief Judge.

This is an appeal from a sentence imposed by the District Court.[2] The appeal draws in question the propriety of a sentencing enhancement under U.S.S.G. § 2D1.1(b)(1) (possession of a dangerous weapon). The findings of the District Court

_____

[1]The Hon. Richard S. Arnold stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the close of business on April 17, 1998. He has been succeeded by the Hon. Pasco M. Bowman II.

[2]The Hon. Michael J. Melloy, Chief Judge, United States District Court for the Northern District of Iowa.

on that point are not clearly erroneous, and we therefore affirm. No sufficient purpose would be served by a fuller opinion.

Affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.